LINA STERNKOPF, Respondent, v. AUGUST H. HILLERS and HORTENSE N. HILLERS, His Wife, Appellants, and Others, Defendants.—Action to foreclose a mortgage involving the defense of usury. Judgment of foreclosure and sale in favor of plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Hagarty and Taylor, JJ., concur; Carswell and Johnston, JJ., dissent and vote for reversal and the direction of judgment for the defendants-appellants.

CLAIRE ANNA WILLIAMS, Also Known as CLARA A. WILLIAMS, Respondent, v. ELSIE SOCOLOF, Appellant.— Order granting plaintiff's motion for summary judgment in a foreclosure action, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

PAUL WITKUS, Appellant, v. LITHUANIAN "VIENYBE" PUBLISHING COMPANY, INC., and Others, Defendants; ANTONI KOSMOWSKI, JOSEPHINE KOSMOWSKI and JOHN KOSMOWSKI, Respondents.—Action by judgment creditor to set aside a conveyance by the judgment debtor to his wife on the ground that the debtor is the equitable owner of the property. Judgment for defendants dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.